MICHELE BECKWITH
Acting United States Attorney
MATHEW W. PILE, WSBA 32245
Associate General Counsel
Office of Program Litigation, Office 7
Social Security Administration

L. Jamala Edwards, OR 010369
Special Assistant United States Attorney
6401 Security Boulevard
Baltimore, MD 21235
Telephone: (206) 615-2732
E-Mail: Jamala.Edwards@ssa.gov

Attorneys for Defendant

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA
### FRESNO DIVISION

| | |
|---|---|
| DARLENE GAIL THOMAS, *on behalf of* JANA LEIGH THOMAS, *deceased*,<br>　　Plaintiff,<br>　　v.<br>KILOLO KIJAKAZI,<br>Acting Commissioner of Social Security,<br>　　Defendant. | CIVIL NO. 2:25-cv-0011-JDP<br><br>**STIPULATION TO VOLUNTARY REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g) AND TO ENTRY OF JUDGMENT; [PROPOSED] ORDER** |

　　The parties, acting through their respective counsel, hereby stipulate and agree that the above-captioned case be reversed and remanded. Upon remand, the Appeals Council will instruct the Administrative Law Judge to further consider the ability to perform other work existing in significant numbers in the national economy, take any further action needed to complete the administrative record, and to issue a new decision. The parties agree that reasonable attorney fees

will be awarded under the Equal Access to Justice Act, 28 U.S.C. § 2412, upon proper request to the Court.

The parties further request that the Court direct the Clerk of the Court to enter a final judgment in favor of Plaintiff, and against Defendant, reversing the final decision of the Acting Commissioner.

Respectfully submitted this 3/11/2025.

Dated:  March 11, 2025          */s/ Francesco Benavides*
                                           Francesco Benavides
                                           Attorney for Plaintiff
                                           *Authorized via e-mail on 3/11/23

MICHELE BECKWITH
Acting United States Attorney
MATHEW W. PILE
Associate General Counsel
Social Security Administration

By:     /s/ *L. Jamala Edwards*
        L. Jamala Edwards
        Special Assistant United States Attorney
        Attorneys for Defendant

## [PROPOSED] ORDER

Based upon the parties' stipulation to Voluntary Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g) and to Entry of Judgment, and for cause shown, IT IS ORDERED that the above-captioned action is remanded to the Acting Commissioner of Social Security for further proceedings pursuant to the Social Security Act § 205(g), as amended, 42 U.S.C. § 405(g), sentence four. On remand, the Appeals Council will remand the case to an administrative law judge for a new decision in accordance with the parties' Stipulation.

1  
2  IT IS SO ORDERED.
3  
4  Dated:   March 11, 2025              _____
                                        JEREMY D. PETERSON
5                                       UNITED STATES MAGISTRATE JUDGE